UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                          :
:   Case No. 1:18-cv-06574-JPO
                              Plaintiff,                    :
:
            vs.                                             :
:
[REDACTED],                                                 :
:
                              Defendant.                    :
------------------------------------------------------------X

## ORDER ON PLAINTIFF'S MOTION FOR ALTERNATE SERVICE ON DEFENDANT [REDACTED]

THIS CAUSE came before the Court upon Plaintiff's Motion for Alternate Service on Defendant [REDACTED] the ("Motion"), pursuant to Fed. R. Civ. P. 4(e)(1), and New York Consolidated Laws CVP § 308(5). This is a case for copyright infringement arising under United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. The Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. Plaintiff's Motion is granted.

2. Plaintiff is permitted to serve Defendant by alternate service, including posting a summons and copy of the Amended Complaint at his Last Known Address and sending a copy by registered or certified mail, return receipt requested, and delivery restricted to the addressee at the Last Known Address, [REDACTED].

3. Plaintiff shall have twenty-one (21) days from the date of this Order to serve Defendant by alternate service.

2

4. Defendant shall have twenty-one (21) days from acknowledgement of the receipt of mail to file an Answer or other responsive pleading with this Court.

5. If the Defendant fails to do so, he will be subject to Default.

SO ORDERED this 15 day of _____May_____, 2019.

By: _____
J. PAUL OETKEN
United States District Judge